# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| KELLEY RIORDAN, | : | Case No. 1:20-cv-00907-DRC |
| | : | |
| Plaintiff, | : | Judge Douglas R. Cole |
| | : | |
| vs. | : | |
| | : | **STIPULATED DISMISSAL WITH** |
| U.S. BANK | : | **PREJUDICE** |
| NATIONAL ASSOCIATION, | : | |
| | : | |
| Defendants. | : | |

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice.  Each party shall bear its own attorneys' fees and costs.

Dated this 19th day of April, 2021.


/s/ Matthew G Bruce      /s/ Allison L. Goico

| | |
|---|---|
| Matthew G. Bruce | Allison L. Goico |
| Evan R. McFarland | Hayley L. Geiler |
| THE SPITZ LAW FIRM, LLC | DINSMORE & SHOHL LLP |
| 11260 Chester Road, Suite 825 | 255 East Fifth Street, Suite 1900 |
| Cincinnati, Ohio 45246 | Cincinnati, Ohio 45202 |
| Phone: (216) 291-4744 | Phone: (513) 977-8200 |
| Fax: (216) 291-5744 | Fax: (513) 977-8141 |
| matthew.bruce@spitzlawfirm.com | allison.goico@dinsmore.com |
| evan.mcfarland@spitzlawfirm.com | hayley.geiler@dinsmore.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## <u>CERTIFICATE OF SERVICE</u>

I, Allison L. Goico, hereby certify that on April 19, 2021, a true and correct copy of the foregoing was served upon the following counsel of record via operation of the Court's CM/ECF system:

> Matthew G. Bruce
> Evan R. McFarland
> The Spitz Law Firm, LLC
> Spectrum Office Tower
> 11260 Chester Road, Suite 825
> Cincinnati, OH 45246
> *Counsel for Plaintiff*

/s/ Allison L. Goico